IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:16-cv-784-MOC-DSC

| | |
|---|---|
| TONY D. WOODS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BANK OF AMERICA GROUP BENEFITS PROGRAM AND BANK OF AMERICA CORPORATION, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

## **ORDER**

Before the Court is the "Application for Admission to Practice Pro Hac Vice [for Vance E. Drawdy]" (document #17). For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: February 13, 2017

David S. Cayer
United States Magistrate Judge