UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00784-MOC-DSC

| | | |
|---|---|---|
| **TONY D. WOODS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BANK OF AMERICA CORPORATION** | ) | |
| **BANK OF AMERICA GROUP BENEFITS PROGRAM,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendants' Motion to Dismiss the State Law Claims and Motion to Strike the Jury Demand and Damages Claims (#9). Having considered the Motion (#9) and reviewed the pleadings, the court enters the following Order.

Subsequent to the filing of the Motion, plaintiff filed a first Amended Complaint (#20) in this matter. The defendants' Answer, or Answers, is, or are, not due until March 2017 according to a recent Order (#24). The plaintiff avers that the original Complaint has been amended to address the concerns of the defendants' Motion. Plaintiff Response (#21) at 2. *Inter alia*, the Amended Complaint has removed the jury demand and "reconfigure[d] the requests for relief." Id. Accordingly, the defendants' Motion has been rendered moot by the amendments to the Complaint.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Dismiss the State Law Claims and Motion to Strike the Jury Demand and Damages Claims (#9) is **DENIED**, without prejudice, as **MOOT**. The defendants may reassert their Rule 12(b)(6) Motion after the filing of the Answer, or Answers, to the First Amended Complaint (#20).

Signed: March 13, 2017

Max O. Cogburn Jr.
United States District Judge