UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00784-MOC-DSC

| | |
|---|---|
| **TONY D. WOODS,** | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) ORDER |
| **BANK OF AMERICA CORPORATION; AND BANK OF AMERICA GROUP BENEFITS PROGRAM,** | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the court on defendants' partial Motion to Dismiss Counts II and III of the First Amended Complaint. Having considered defendants' partial motion and reviewed the pleadings, including plaintiff's Response (#30) and defendants' Reply (#31), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' partial Motion to Dismiss Counts II and III of the First Amended Complaint (#27), seeking dismissal under Rule 12(b)(6), is **DENIED** without prejudice as to reasserting the substance of such motion at summary judgment, after discovery has closed.

Signed: April 12, 2017

Max O. Cogburn Jr.
United States District Judge