IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:16-cv-784-MOC-DSC

| | |
|---|---|
| TONY D. WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA GROUP BENEFITS | ) |
| PROGRAM AND BANK OF AMERICA | ) |
| CORPORATION, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**ORDER**

Before the Court is the "Application for Admission to Practice Pro Hac Vice [for Mark E. Schmidtke]" (document #33). For the reasons stated therein, the Motion is granted.

**SO ORDERED**.

Signed: April 20, 2017

David S. Cayer
United States Magistrate Judge